the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Huttman, Cloyes, Klinger & Brosius, for appellant. Dwight McKay, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

J. M. Hoyt, appellant, v. Ryan Company, appellee. Gen. No. 28,043.

Suit on note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant; George F. Killinger, of counsel. Vose & Page, for appellee; Allan J. Carter and John D. Clancy, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

F. P. Smith, trading as F. P. Smith Wire & Iron Works, appellee, v. William H. Gray, appellant. Gen. No. 28,077.

Action for damages for delay in completing contract for work on hotel building, thereby delaying opening of hotel. Judgment for plaintiff for $3,911.01. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

John F. Voight, for appellant. Davis, Ramsay, Kelly & Kracke, for appellee; B. B. Davis and Edmund P. Kelly, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

In re estate of Kate E. Begeschke, deceased, on appeal of Frank Begeschke, administrator, appellant, v. John Mockler, appellee. Gen. No. 28,086.

Claim against estate of deceased allowed for $520. Trial *de novo* in circuit court, allowance of $500 with interest from filing of claim in probate court. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Litsinger, Healy & Reid, for appellant. Frank N. Hillis, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Anna A. Terhune, appellee, v. Yellow Cab Company, appellant. Gen. No. 28,559.

Action for personal injuries by passenger against taxicab company. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed January 22, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Cassels, Potter & Gilbert, John E. Kehoe and John G. Carter, for appellant; Ralph F. Potter, John E. Kehoe and Kenneth B. Hawkins, of counsel. W. W. McCallum and John A. Bloomingston, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.